UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTINENTAL INDUSTRIES GROUP, INC.,<br><br>                    Plaintiff,<br><br>          -against-<br><br>EQUATE PETROCHEMICAL COMPANY,<br><br>                    Defendant. | 1:12-cv-07307-AJN<br><br><br>**NOTICE OF MOTION** |

        PLEASE TAKE NOTICE that, upon the accompanying Declaration of Hamad Al-Terkait, Affidavit of Peter E. Calamari, and memorandum of law, the undersigned will move this Court before the Honorable Alison J. Nathan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b) (2), (6), and (7), on grounds of lack of personal jurisdiction, *forum non conveniens*, failure to join an indispensable party, failure to state a claim, and for such other and further relief as the Court may deem just and proper.

        PLEASE TAKE FURTHER NOTICE that, pursuant to Amended Stipulation To Extend Time To Respond To Complaint ("Stipulation"), so ordered by the Court on February 15, 2013, answering papers are to be served by March 25, 2013, and reply papers are to be served by April 9, 2013.

Dated: New York, New York
      February 22, 2013

TO: Attorneys for Plaintiff

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    /s/ Peter Calamari
        Peter E. Calamari
        Rajat Rana
        51 Madison Avenue, 22nd Floor
        New York, New York  10010-1601
        Tel: (212) 849 7000
        Email: *petercalamari@quinnemanuel.com*
        *rajatrana@quinnemanuel.com*
        *Counsel for Defendant Equate Petrochemical Company*