LECLAIRRYAN, a Professional Corporation
885 Third Avenue – Sixteenth Floor
New York, New York 10022
T. (212) 430-8032
F. (212) 430-8062
Michael T. Conway, Esq.
Attorneys for Plaintiff-Appellant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CONTINENTAL INDUSTRIES GROUP, INC.,            Case No. 12-CV-7307 (AJN)

           Plaintiff,

  v.

EQUATE PETROCHEMICAL COMPANY,

           Defendant.
_____

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Plaintiff-Appellant Continental Industries Group, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Clerk's judgment entered in this case on September 10, 2013 (the "Judgment"), which adopted the reasons stated in the District Court's September 9, 2013 Memorandum and Order dismissing the Complaint in this Action.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Plaintiff-Appellant Continental Industries Group, Inc.

           Represented by:   Michael T. Conway, Esq.
                                   LeClairRyan, a P.C.
                                   885 Third Avenue – Sixteenth Floor
                                   New York, New York 10022
                                   T. (212) 430-8032
                                   F. (212) 430-8062

Defendant-Appellee Equate Petrochemical Company

                    Represented by:        Peter Calamari, Esq.
                                                                Rajat Rana, Esq.
                                                   Quinn Emanuel Urquhart & Sullivan, LLP
                                                 51 Madison Avenue, 22nd Floor
                                                 New York, NY 10010
                                                 T. 212-849-7000
                                                 F. 212-849-7100

Dated: New York, New York
       October 7, 2013

                                                 Respectfully Submitted,

                                                 By:  /s/ Michael T. Conway
                                                 Michael T. Conway
                                                 LeClairRyan, A Professional Corporation
                                                 885 Third Avenue – Sixteenth Floor
                                                 New York, New York 10022
                                                 T. (212) 430-8032
                                                 F. (212) 430-8062
                                                 E-mail: michael.conway@leclairryan.com

                                               *Attorneys for Plaintiff-Appellant*
                                                *Continental Industries Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record were served with a copy of this document *via* the Court's CM/ECF system on October 7, 2013.

/s/ Michael T. Conway

_____

Michael T. Conway